UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
AT KANSAS CITY, KANSAS

| | |
|---|---|
| **ASHLEY BELGUM** <br><br> **Plaintiff,** <br><br> vs. <br><br> **KRAMER & FRANK, P.C.** <br><br> **Defendant.** | **Case No.: 2:17-CV-02502** |

## NOTICE OF SETTLEMENT

Plaintiff Ashley Belgum and Defendant Kramer and Frank, PC, by and through their respective undersigned counsel, hereby notify the Court that the above-captioned lawsuit has been settled in principle and the parties are working to execute a formal settlement agreement. The parties anticipate filing a Stipulation of Dismissal within 60 days.

Date: January 10, 2018                                         Respectfully submitted,

**Lawson Law Center LLC**                                **Kramer and Frank, PC**

/s/ Terry L. Lawson Jr.                                              /s/ Eva Kozeny
**Counsel for Plaintiff**:                                        **Counsel for Defendant:**
Terry L. Lawson Jr., No. 20905                          Eva Kozeny, No.78328
1600 Genesee, Ste. 923                                       9300 Dielman Inc. Dr.
Kansas City, MO 64102                                        St. Louis, MO 63129
Phone: 816-802-6677                                           314.754.6127 PH
Fax: 816-802-6678                                                314.442.2127 Fax
Email: terry@llckc.com                                        ekozeny@lawusa.com