# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ASHLEY BELGUM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| v. | ) |
| | ) No. 17-2502-JWL |
| KRAMER & FRANK, P.C., | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

Pursuant to the Notice and Stipulation of Voluntary Dismissal (doc. #13) filed by the parties on February 19, 2018,

IT IS ORDERED BY THE COURT that this action is dismissed with prejudice, without costs, or attorney fees to any party.

**IT IS SO ORDERED.**

**Dated this 21st day of February, 2018 at Kansas City, Kansas.**

s/ John W. Lungstrum
JOHN W. LUNGSTRUM
UNITED STATES DISTRICT JUDGE